| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: CR 08-280-SVW |
|---|---|
| Plaintiff | ) |
| | ) **CORRECTED -** JUDGMENT REVOKING |
| | ) SUPERVISED RELEASE AND |
| vs. | ) COMMITMENT ORDER |
| | ) |
| KELLY HAMMONS | ) **\*\*RESENTENCING\*\*** |
| | ) |
| Defendant. | ) |
| | ) |

WHEREAS, on April 28, 2009, came the attorney for the government, Corey Lee and the defendant appeared in person with appointed counsel, Sylvia Torres-Guillen for resentencing pursuant to the Mandate of the U.S. Court of Appeals for the Ninth Circuit, filed on March 11, 2009.

WHEREAS, on July 7, 2008, the Court having held a preliminary revocation of supervised release hearing on the allegations as set forth in the Petition on Probation and Supervised Release filed April 24, 2008 and amended on July 7, 2008. The defendant admitted the first allegation. The government withdrew allegations two, three and four. The Court found that the defendant violated the conditions of the supervised release order imposed on December 18, 1996. The Court having relied upon an incorrect Criminal History Category calculation sentenced the defendant to ten months. Defendant's correct Criminal History Category is II, with a guideline range of 4 to 10 months.

IT IS ADJUDGED, on April 28, 2009, upon the findings of the Court, the defendant is

sentenced to **TIME SERVED - AND ORDERED RELEASED FORTHWITH (D7493)**. Defendant is placed on supervision for a period of two (2) years **under the same conditions as originally ordered, with the following additional conditions:** ~~1. Defendant shall reside at and participate in a Residential Reentry Center (RRC) program under the community correctional component as approved by the Probation Office, for a period not to exceed 180 days or until discharged by the program director pursuant to 18 U.S.C. § 3563(b)(11);~~ 2. Defendant shall submit to one drug and alcohol test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer. 3. Defendant shall abstain from the using illicit drugs, drinking alcohol to excess, and abusing prescription medications during the period of supervision.

THE COURT FINDS that justification for the sentence is to afford adequate deterrence to criminal conduct and to protect the public from further crimes of the defendant

IT IS ORDERED that the Clerk deliver a copy of this judgment modifying supervised release to the U.S. Marshal and the U.S. Probation Office, or other qualified officer.

DATE: April 28, 2009

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

DATE:  April 28, 2009                             SHERRI R. CARTER,  CLERK

by Paul M. Cruz
　　Deputy Clerk